IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                           CASE NO. 1:04-cr-00006-MP-AK

BENJAMIN HAYDEN,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 654, Motion Correct a Clerical Error by Benjamin Hayden.  The Government is hereby directed to file a response by Wednesday, May 31, 2006.

**DONE AND ORDERED** this  *17th*   day of May, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge