IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                              CASE NO. 1:04-cr-00006-MP-AK

BENJAMIN HAYDEN,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 644, Motion for Time Served Credit by Benjamin Hayden, and doc. 654, Motion to Correct Clerical Error.  The government filed a response to both motions at doc. 663, in which it indicated no objection to the requested relief.  The Court agrees with the parties that because Mr. Hayden was arrested on March 1, 2004, for his offense and remained in continuous federal custody through his sentencing on February 11, 2005, he is entitled to time served for that period.  The motions at doc. 644 and 654 are therefore granted in this regard, and a copy of this order should be sent to the Bureau of Prisons.

Also, however, in doc. 644, Mr. Hayden appears to raise another issue.  He states, "Another issue that concerns me is these people still have separatises on me.  Once again I thought you said these were to be lifted.  The issue has me where I can't transfer."  The Court cannot determine the intent of this language, and so any motion contained within is denied without prejudice to Mr. Hayden raising the issue again in a separate, and more easily understood, pleading.

    **DONE AND ORDERED** this  _6th_   day of February, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge