IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF FLORIDA

(Gainesville Division)

UNITED STATES OF AMERICA )
)
v. ) Docket No. 1:04CR06-005(SS)
)
BENJAMIN HAYDEN )

## ORDER

The Court orders the United States Marshal's Office to transport and deliver Defendant, Benjamin Hayden, to Keeton Corrections, 3820 N.E. 41st Street, Ocala, Florida, 34479.

DONE and ORDERED this _1st_ day of _December_ 2010.

_____
HONORABLE MAURICE M. PAUL
SENIOR U.S. DISTRICT JUDGE

_December 1, 2010_
DATE

Rec'd 12 01 '10 USDC FlN 1PM 0151